CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DUSTIN SHEELER    QN-9150
**Full Name of Plaintiff**    **Inmate Number**

v.

Civil No. 3:24-CV-0326
(to be filled in by the Clerk's Office)

CHERRY
**Name of Defendant 1**

(✓) Demand for Jury Trial
(__) No Jury Trial Demand

WARHOLIC
**Name of Defendant 2**

S. McCORKLE
**Name of Defendant 3**

FILED
SCRANTON

FEB 2 3 2024

Per /s/ AMO
DEPUTY CLERK

J. RIVELLO
**Name of Defendant 4**

_____
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

I.   NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✓ ___ Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___ Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

___ Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

Page 1 of 6

## II. ADDRESSES AND INFORMATION

**A. PLAINTIFF**

Name (Last, First, MI): SNEELER, DUSTIN

Inmate Number: QN-9150

Place of Confinement: SCI-HUNTINGDON

Address: 1100 PIKE STREET

City, County, State, Zip Code: HUNTINGDON, PA 16652

Indicate whether you are a prisoner or other confined person as follows:

- ___ Pretrial detainee
- ___ Civilly committed detainee
- ___ Immigration detainee
- ✓ Convicted and sentenced state prisoner
- ___ Convicted and sentenced federal prisoner

**B. DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Name (Last, First): CHERRY, UNKNOWN

Current Job Title: MAT PROGRAM COUNSELOR

Current Work Address: 1100 PIKE ST.

City, County, State, Zip Code: HUNTINGDON, PA 16652

Defendant 2:

Name (Last, First): WARHOLIC, UNKNOWN

Current Job Title: MAT PROGRAM COUNSELOR

Current Work Address: 1100 PIKE ST.

City, County, State, Zip Code: HUNTINGDON, PA 16652

Defendant 3:

Name (Last, First): MCCORKLE, S.

Current Job Title: CHCA

Current Work Address: 1100 PIKE ST.

City, County, State, Zip Code: HUNTINGDON, PA 16652

Defendant 4:

Name (Last, First): RIVELLO, J.

Current Job Title: SUPERINTENDENT

Current Work Address: 1100 PIKE ST.

City, County, State, Zip Code: HUNTINGDON, PA

Defendant 5:

Name (Last, First):

Current Job Title:

Current Work Address:

City, County, State, Zip Code:

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

WHERE: SCI-HUNTINGDON 1100 PIKE ST. HUNTINGDON, PA 16654
WHEN: SEPTEMBER 19, 2022

B. On what date did the events giving rise to your claim(s) occur?

SEPTEMBER 15, 2022

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

I WAS DENIED THE MAT PROGRAM (MEDICATED ASSISTANT TREATMENT) BY ALL FOUR DEFENDANTS (CHERRY, WARHOLIC, S. McCORKLE AND J. RIVELLO). I WAS TOLD BY SCI-SMITHFIELD I WOULD BE ELIGIBLE FOR SUBLOCADE INJECTIONS DUE TO MY PREVIOUS ENROLLMENT IN THE MAT PROGRAM IN PHILADELPHIA COUNTY. HOWEVER, ONCE I WAS AT SCI-HUNTINGDON I WAS DENIED SAID PROGRAM BY MAT COUNSELOR CHERRY AND WARHOLIC. DEFENDANT S. McCORKLE AND DEFENDANT J. RIVELLO UPHELD THE DECISIONS TO NOT ALLOW ME TO PARTICIPATE IN THE MAT PROGRAM.

I EXHAUSTED ALL MY ADMINISTRATIVE APPEALS AND GRIEVANCES.

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

I HAVE A RIGHT TO ADEQUATE MEDICAL CARE WHILE INCARCERATED UNDER THE EIGHTH AMENDMENT. ALL FOUR DEFENDANTS HAVE SHOWN "DELIBERATE INDIFFERENCE" TO A SERIOUS MEDICAL NEED. DEFENDANTS KNOWINGLY FAILED OR REFUSED TO PROVIDE PLAINTIFF WITH TREATMENT OR DELAYED TREATMENT. SAID DEFENDANTS ARE AWARE I WAS PREVIOUSLY ENROLLED IN THE MAT PROGRAM AT PHILADELPHIA COUNTY AND ARE AWARE OF MY "OPIOD USE DISORDER" ("OUD") AND THE SYMPTOMS OF WITHDRAWAL ARE A VERY SERIOUS MEDICAL NEED. THUS, THIS VIOLATES THE EIGHTH AMENDMENT TO THE UNITED STATES CONSTITUTION. THIS ALSO VIOLATES THE AMERICANS WITH DISABILITIES ACT ("ADA") DUE TO "OUD" BEING AN IMPAIRMENT.

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

MENTAL & EMOTIONAL INJURY, PHYSICAL INJURY FROM CONSTANT WITHDRAWL AND PAIN AND SUFFERING.

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

INJUNCTION: ALLOWING ME TO RECEIVE SUBLOCADE SHOTS. DECLARATION: THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATE PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION. COMPENSATORY DAMAGES IN THE AMOUNT OF $50,000 AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY. $50,000 IN PUNITIVE DAMAGES. A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY. SEEKS RECOVERY OF HIS COST IN THIS SUIT. ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

2-8-24
_____
Date

