UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUSTIN SHEELER,<br><br>              Plaintiff<br><br>       v.<br><br>COUNSELOR CHERRY, *et al.*,<br><br>              Defendants. | CIVIL ACTION NO. 3:24-cv-00326<br><br>(MEHALCHICK, J.) |

### ORDER

AND NOW, this 13th day of March, 2025, upon preliminary consideration of the amended complaint (Doc. 26), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The amended complaint (Doc. 26) is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Pennsylvania Department of Corrections is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii).

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this Order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**